UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
BARBARA LANGLEY LEVINER                         CASE NO. 20-10793
103 GREEN CHAPEL CHURCH ROAD                    JUDGE BENJAMIN A. KAHN
HAMLET, NC  28345

DEBTOR

SSN(1) XXX-XX-9465                              DATE: 05/06/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CHARLOTTE RADIOLOGY<br>1701 E BLVD<br>CHARLOTTE, NC  28203 | $0.00<br>INT:  .00%<br>NAME ID: 178736<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| CREDIT CENTRAL LLC<br>700 E NORTH ST STE 15<br>GREENVILLE, SC  29601 | $2,352.88<br>INT:  .00%<br>NAME ID: 169064<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 0008<br>COMMENT: |
| FIRST HEALTH OF THE CAROLINAS<br>P O BOX 3000<br>PINEHURST, NC  28374 | $0.00<br>INT:  .00%<br>NAME ID: 118394<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9465<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $6,262.37<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 1691<br>COMMENT: 421TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,418.71<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 5063<br>COMMENT: CARE CREDIT |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9465<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $10,957.50<br>INT: 5.25%<br>NAME ID: 162216<br>CLAIM #:  0005 | (V) VEHICLE-SECURED<br><br>ACCT: 5542<br>COMMENT: 17NISS |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $2,961.72<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 5542<br>COMMENT: SPLIT |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $12,001.07<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 8059<br>COMMENT: |
| RICHMOND CO REGISTER OF DEEDS<br>114 E FRANKLIN ST #101<br>ROCKINGHAM, NC  28379-3601 | $52.00<br>INT: .00%<br>NAME ID: 1885<br>CLAIM #:  0013 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RICHMOND CO TAX COLL<br>P O BOX 1644<br>ROCKINGHAM, NC  28380 | $337.81<br>INT: 8.00%<br>NAME ID: 28281<br>CLAIM #:  0004 | (S) SECURED<br><br>ACCT: 2048<br>COMMENT: OC,TAXES |
| RICHMOND COUNTY TAX DEPT<br>P O BOX 504<br>ROCKINGHAM, NC  28380 | $0.00<br>INT: .00%<br>NAME ID: 146761<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$36,344.06** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/06/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice